

MARGARET O'SULLIVAN KANE
ATTORNEY AT LAW

September 23, 2022

VIA ELECTRONIC FILING

The Honorable Leo I. Brisbois
United States District Court
515 West 1st Street
Room 412
Duluth, Minnesota 55802-1397

RE:   MISTY DIPPOLITO AND G.H. v. DULUTH PUBLIC SCHOOLS
      Civil File No. 22-cv-2055
      Request for Magistrate Mediation

Dear Magistrate Judge Brisbois:

Please accept this correspondence as a joint request by the parties in the above-entitled action to engage in mediation to resolve the outstanding claims.

Thank you for your consideration to this request and will wait to hear from the Court on the next steps.

Respectfully,

Margaret O'Sullivan Kane

Cc:   Amy E. Mace, Esq.
      Abigail R. Kelzer, Esq.
      Misty Dippolito

1041 GRAND AVENUE, SUITE 263   SAINT PAUL, MINNESOTA 55105
TELEPHONE 651/222-8611   FACSIMILE 651/221-2623
WEBSITE www.kaneeducationlaw.com   EMAIL mkane@kaneeducationlaw.com